David M. Jacobson (WSBA #30125), admitted *pro hac vice*
jacobson.david@dorsey.com
Shawn J. Larsen-Bright (WSBA #37066), admitted *pro hac vice*
larsen.bright.shawn@dorsey.com
Jessica M. Andrade (WSBA #39297), admitted *pro hac vice*
andrade.jessica@dorsey.com
DORSEY & WHITNEY LLP
1420 Fifth Avenue, Suite 3400
Seattle, Washington 98101-4010
206-903-8864 (Tel) - 206-260-9177 (Fax)

Leslie Bryan Hart, Esq. (SBN #4932)
lhart@lionelsawyer.com
LIONEL SAWYER & COLLINS
1100 Bank of America Plaza
50 W. Liberty St.
Reno, NV  89501
775-788-8650 (Tel)  -  775-788-8682 (Fax)

Attorneys for Plaintiff Deep Well Oil & Gas, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEEP WELL OIL & GAS, INC. | CASE NO. 3:08-CV-00173-ECR-RAM |
| Plaintiff, | **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| TAMM OIL AND GAS CORP., GARRY TIGHE, WILLIAM TIGHE, SEAN DICKENSON, JOHN MUZZIN, CRAIG AURINGER, GUIDO HILEKES, PETER SCHREIBER, OLAF HERR, ARTHUR SULZER, LB (SWISS) PRIVATE BANK, LTD., and RAHN & BODMER BANQUIERS. | |
| Defendants. | |

STIPULATED JUDGMENT OF DISMISSAL
WITH PREJUDICE                     1

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

1 Plaintiff Deep Well Oil & Gas, Inc. and Defendants Tamm Oil and Gas Corp., Garry Tighe, William Tighe, Sean Dickenson, John Muzzin, Guido Hilekes, Peter Schriber, Olaf Herr, Arthur Sulzer, LB (Swiss) Private Bank, Ltd., and Rahn & Bodmer Co. (f/k/a Rahn & Bodmer Banquiers), by and through their undersigned counsel of record, hereby stipulate and agree that this case, including any and all claims and counterclaims that were asserted or could have been asserted, is dismissed with prejudice and without an award of costs or attorneys' fees to any party.

So stipulated and respectfully submitted this 15th day of September, 2009.

*s/ Robert W. Tarun*
Robert W. Tarun
BAKER & MCKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
(415) 591-3220

*Attorneys for Defendants Arthur Sulzer, Garry Tighe, Guido Hilekes, Peter Schriber, and John Muzzin*

*s/ David M. Jacobson*
David M. Jacobson (WSBA #30125)
Shawn J. Larsen-Bright (WSBA #37066)
Jessica M. Andrade (WSBA #39297)
DORSEY & WHITNEY LLP
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
(206) 903-8800
(206) 903-8820 (Fax)
Admitted pro hac vice

Leslie Bryan Hart (SBN # 4932)
1100 Bank of America Plaza
50 W. Liberty St.
Reno, NV 89501
775-788-8650
775-788-8682 (Fax)

*Attorneys for Plaintiff Deep Well Oil & Gas, Inc.*

*s/ Thomas F. Kummer*
Thomas F. Kummer (NB #1200)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy, Ste. 400 N
Las Vegas, NV 89169

*Attorneys for Defendants Tamm Oil & Gas Corp., William Tighe and Sean Dickenson*

*s/ Dominica C. Anderson*
Dominica C. Anderson (NB #2988)
DUANE MORRIS LLP
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617

*Attorneys for Olaf Herr, LB (Swiss) Private Bank, Ltd. and Rahn & Bodmer Co. (fka Rahn & Bodmer Banquiers)*

STIPULATED JUDGMENT OF DISMISSAL
WITH PREJUDICE                                                  2

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

1
2
3
4  IT IS SO ORDERED
5
6  _____
   The Honorable Edward C. Reed, Jr.
7  United States District Judge
8  DATED: _____
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATED JUDGMENT OF DISMISSAL
WITH PREJUDICE                           3

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of September 2009, I served a true copy of the following documents:

**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE**

to the people listed below via the following means:

**Via ECF Notification**
Thomas F. Kummer
GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy, Ste. 400 N
Las Vegas, NV 89169
kummert@gtlaw.com
*Attorney for Defendants Tamm Oil and Gas Corp., William Tighe Sean Dickenson*

**Via ECF Notification**
Robert W. Tarun
BAKER & MCKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Robert.W.Tarun@bakernet.com
*Attorneys for Defendants Arthur Sulzer, Garry Tighe, Guido Hilekes, Peter Schriber, and John Muzzin*

**Via ECF Notification**
Dominica C. Anderson
Ryan A. Loosvelt
Jermaine S. Grubbs
DUANE MORRIS LLP
701 Bridger Avenue, Suite 670
Las Vegas, NV 89101
dcanderson@duanemorris.com
rloosvelt@duanemorris.com
jsgrubbs@duanemorris.com
*Attorneys for Olaf Herr, LB (Swiss) Private Bank, Ltd. and Rahn & Bodmer Co. (fka Rahn & Bodmer Banquiers)*

**Via ECF Notification**
Leslie Bryan Hart
LIONEL SAWYER & COLLINS
50 West Liberty St. #1100
Reno, NV 89501
lhart@lionelsawyer.com

DATED this 15th day of September, 2009.

DORSEY & WHITNEY LLP

*s/ Kelly Nakata*
Kelly Nakata
Legal Secretary at Dorsey & Whitney LLP
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: (206) 903-8800
Fax: (206) 903-8820

Attorneys for Plaintiff DEEP WELL OIL & GAS, CORP.

STIPULATED JUDGMENT OF DISMISSAL
WITH PREJUDICE                                    4
4851-5334-8612\1

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820